# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HALAWI INVESTMENT TRUST, SAL <br> *Plaintiff* <br> v. <br> BOSTON MERCHANT FINANCIAL, LLC <br> *Defendant* | Civil Action No.: <br> **1:13-CV-11631-NMG** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Boston Merchant Financial, LLC
Business Filing Incorporated
155 Federal Street STE 700
Boston, MA 02110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) --- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Jennifer Anderson
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2013-07-09 12:32:29.0, Acting Clerk USDC DMA

JULY 16, 2013

# RETURN OF SERVICE

*I this day summoned the within named* BOSTON MERCHANT FINANCIAL, LLC
C/O BUSINESS FILING INCORPORATED

*to appear as within directed by delivering to* GAIL BROWN, PROCESS SPECIALIST, 10:40 AM

__X__   *in hand*

*No.*   155 FEDERAL STREET
*in the city/town of* BOSTON, *an attested copy of the SUMMONS, COMPLAINT AND DEMAND FOR TRIAL BY JURY, CIVIL ACTION COVER SHEET, AND CATEGORY SHEET*

*Service and travel*   $   35

*Mike Burns*
———————————————
Process Server/MB